

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Correctional Institution*
*P. O. Box 1000*
*Butner, North Carolina 27509*

December 16, 2025

The Honorable Charles H. Weigle
United States Magistrate Judge
P.O. Box 48
Macon, GA 31202

RE:    WESTEFELD, Luke Andrew
       REGISTER NUMBER: 52221-511
       DOCKET NUMBER: 5:24-cr-68 (MTT)

Dear Judge Weigle:

The above-referenced individual arrived at the Federal Correctional Institution 1 (FCI-1), Butner, North Carolina, on November 11, 2025, pursuant to the provisions of Title 18, United States Code, Sections 4241, 4242, and 4247. The discovery materials in Mr. Westefeld's case are voluminous, including various video files which had to be mailed separately. Additionally, Mr. Westefeld has voluminous medical and mental health records, some of which were also only recently received and others which are still pending receipt. In order to thoroughly review these records/materials and complete additional interviews with the defendant, I respectfully request the evaluation period be extended for 30 days, which would move the evaluation end date to January 26, 2026.

If you concur, please complete the bottom section of this request and return by E-mail to jmcphatter@bop.gov or fax machine to J. McPhatter, Psychology Technician, at (919) 575-2015, and to Correctional Systems Specialist, at (919) 575-2003.

Thank you in advance for your assistance in this matter. If you need additional information, please contact Dr. Cook, CTP Administrator, at (919) 575-4541, ext. 3672.

Respectfully,

C. McRae
Acting Warden


[X]    The above requested extension of time is hereby granted

[ ]    The above requested extension of time is not hereby granted


Signature: ___s/ Charles H. Weigle_____    DATE: ___12/23/2025_____
           United States Magistrate Judge Charles H. Weigle

cc:    Hannah Couch, U.S. Attorney's Office
       Danisha L. McClary, Federal Defender's Office